# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER ADARRYL JONES, a/k/a Tupac David Shakur, ) ) ) Plaintiff, ) ) v. ) ) KELSIE WILLIAMSON, et al, ) ) Defendants. ) | Case No. CIV-21-1064-D |

## ORDER

This matter is before the Court for review of the Report and Recommendation [Doc. No. 6] of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1). Upon initial screening, Judge Green finds that venue for Plaintiff's claims under 42 U.S.C. § 1983 lies in the United States District Court for the Middle District of Georgia, Macon Division, and that the case should be transferred to that district. Upon review of the file, and noting no timely objection to the findings and recommendation, the Court finds that the recommended transfer is warranted pursuant to 28 U.S.C. § 1406(a).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED and this action is transferred to the United States District Court for the Middle District of Georgia, Macon Division.

IT IS SO ORDERED this 20th day of December, 2021.P

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge