IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ADDARRYL JONES,** | : | |
| Plaintiff, | : | |
| VS. | : | NO. 5:21-CV-00453-TES-CHW |
| **KELSIE WILLIAMSON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Christopher Addarryl Jones, an inmate currently confined at the Baldwin State Prison in Hardwick, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1) that was transferred to this Court. Plaintiff also seeks leave to proceed in this action without prepayment of the filing fee pursuant to 28 U.S.C. § 1915(a) (ECF No. 2). In his motion for leave to proceed *in forma pauperis*, Plaintiff states that, among other things, (1) he makes a salary of $5000 a month as "Chief in Command Commd SGT Major of the Army & Air Force"; (2) he has "60 million on [his] account"; and (3) he "gave 80 billion to Dept. of Correction 01/15/00," apparently as the result of an inheritance he'd received. Mot. Proceed IFP 2-3, ECF No. 2. Plaintiff's submissions, accepted as true, indicate that he is unable to pre-pay the entire $400.00 filing fee at this time. Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is therefore **DENIED**.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the filing fee. If circumstances have changed and Plaintiff is not able to pay the filing

fee as ordered, Plaintiff should submit a renewed motion to proceed *in forma pauperis* explaining his present inability to pay within **FOURTEEN (14) DAYS** of the date of this Order.  Any renewed motion for leave to proceed *in forma pauperis* should be accompanied by a certified copy of Plaintiff's prison trust fund account information, as required by 28 U.S.C. § 1915(a)(2).  The Clerk is **DIRECTED** to mail Plaintiff a copy of the required forms he should use to submit any renewed motion for leave to proceed *in forma pauperis*, marked with the case number of the above-captioned action.

**Failure to fully and timely comply with this Order may result in the dismissal of Plaintiff's Complaint.**  If, prior to paying the filing fee, Plaintiff decides that he no longer wishes to go forward with this action, he may so notify the Court and thereby avoid incurring the $400.00 obligation.  There will be no service of process in this case until further order.  Once Plaintiff has paid the filing fee, the undersigned will conduct a preliminary review of his Complaint as required by 28 U.S.C. § 1915A(a).

**SO ORDERED**, this 9th day of February, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge