IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ADDARRYL JONES,** | : | |
| Plaintiff, | : | |
| VS. | : | NO. 5:21-CV-00453-TES-CHW |
| **KELSIE WILLIAMSON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Christopher Addarryl Jones, an inmate currently confined at the Baldwin State Prison in Hardwick, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1) that was transferred to this Court. Plaintiff also filed a motion for leave to proceed *in forma pauperis* in this action (ECF No. 2). On February 9, 2022, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* because Plaintiff averred he had significant assets from which he could pay the applicable filing fee. Plaintiff was therefore ordered to pay the Court's filing fee in full or file a renewed motion for leave to proceed *in forma pauperis* explaining how a change in his circumstances prevented him from paying this fee. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Complaint. *See generally* Order, Feb. 9, 2022, ECF No. 10.

Instead of paying the filing fee, Plaintiff chose to submit a renewed motion for leave to proceed *in forma pauperis* (ECF No. 11). This renewed motion, however, does not

explain why Plaintiff cannot now pay the $402.00 filing fee. Instead, it merely reiterates his contentions that he has assets that would permit him to easily pay this fee. *See, e.g.,* Mot. Proceed IFP 2-3, ECF No. 11 (claiming that he is worth "300 billion dollars," receives a salary of $5000 per month "from the U.S. Army Air Force," and has vehicles "worth estimate of $175,000"). Plaintiff also failed to attach a certified copy of his prison trust fund account information to his motion, as ordered, and instead completed this portion of the Court's form himself. *Id.* at 4.

The failure to comply with the orders and instructions of the Court is grounds for dismissal. As such, Plaintiff is now **ORDERED** to **RESPOND** and **SHOW CAUSE** why this action should not be dismissed. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to respond. **Failure to fully and timely comply with this Order will result in the dismissal of Plaintiff's Complaint.** Plaintiff's renewed motion for leave to proceed *in forma pauperis* (ECF No. 11) is **DENIED**. Plaintiff is also reminded of his obligation to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 3rd day of March, 2022.

                                                s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge